961 F.2d 1570
 Ward (Karen J.)
v.
Cheltenham Township Police Department, Ott (Stephen),
Webster (Kenneth H.), Cheltenham Township; Cheltenham
Township Police Department, Ott (Stephen), Cheltemham
Township v. Ward (Karen J.); Ward (Karen J.) v. Cheltenham
Township Police Department, Ott (Stephen), Webster (Kenneth
H.), Cheltenham Township
 NOS. 91-1416, 91-1467
 United States Court of Appeals,
Third Circuit.
 Apr 06, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.